```
                              United States Bankruptcy Court
                              Western District of Arkansas
In re:                                                          Case No. 18-71902-btb
Jason Michael Buschlen                                          Chapter 13
Kyra Anne Buschlen
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0861-5          User: arch                Page 1 of 2                  Date Rcvd: Jul 18, 2018
                              Form ID: 309I             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db/jdb         Jason Michael Buschlen,   Kyra Anne Buschlen,    305 NW Tall Oaks Ave,
                 Bentonville, AR   72712-4489
4939025        Arkansas Department of Finance and Admin,   Legal Counsel RM 2380,    PO Box 3493,
                 Little Rock, AR   72203-3493
4939026        Barclay Card Services,   PO Box 60517,   City of Industry, CA  91716-0517
4939027        Baylor, Scott & White,   4708 Alliance Blvd,   Plano, TX  75093-5340
4939028        Bentonville Ambulance Services,   800 SW A St,   Bentonville, AR  72712-6225
4939032        Cenlar, FSB,   425 Phillips Blvd,   Ewing, NJ  08618-1430
4939035        Cornerstone Mortgage,   PO Box 77404,   Ewing, NJ  08628-6404
4939038        Hazelden Betty Ford,   PO Box 860188,   Minneapolis, MN  55486-0188
4939039        Mark Zweig, Inc.,   427 N College Ave,   Fayetteville, AR  72701-4234
4939040        Mercy Rogers,   PO Box 505388,   Saint Louis, MO  63150-5388
4939041        Mercy Virtual Office,   1730 E Portland St,   Springfield, MO  65804-1311
4939044        NW Medical Center,   c/o PASI,   PO Box 188,   Brentwood, TN  37024-0188
4939045       +Pharmerica,   1900 S Sunset St Unit 1-A,   Longmont, CO 80501-6599
4939047        Professional Account Services,   PO Box 188,   Brentwood, TN  37024-0188
4939051        RSS Financial,   PO Box 852039,   Richardson, TX  75085-2039
4939048        Radiology Associates, PA,   PO Box 7545,   Little Rock, AR  72217-7545
4939052        Russ Physical Therapy,   1002 Westpark Dr Ste 6,   Bentonville, AR  72712-4283
4939053        Simmons Bank,   PO Box 7009,   Pine Bluff, AR  71611-7009
4939055        William F. Clark,   Davis, Clark, Butt, Carithers & Taylor,,   PO Box 1688,
                 Fayetteville, AR   72702-1688

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: theresa@nixonlaw.com Jul 18 2018 23:00:21     Theresa L. Pockrus,
                 THE NIXON LAW FIRM,   4100 Wagon Wheel Road,   Springdale, AR  72762
tr             E-mail/Text: ecfmail@13ark.com Jul 18 2018 23:00:49     Joyce Bradley Babin,
                 Chapter 13 Standing Trustee,   P.O. Box 8064,   Little Rock, AR  72203-8064
ust           +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov Jul 18 2018 23:00:23     U.S. Trustee (ust),
                 Office Of U. S. Trustee,   200 W Capitol, Ste. 1200,   Little Rock, AR 72201-3618
4939029        EDI: CAPONEAUTO.COM Jul 19 2018 03:03:00      Capital One Auto Finance,   PO Box 60511,
                 City of Industry, CA  91716-0511
4939030        EDI: CAPITALONE.COM Jul 19 2018 03:03:00      Capital One Bank,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
4939031        EDI: CAPITALONE.COM Jul 19 2018 03:03:00      Capitol One Bank,   PO Box 71083,
                 Charlotte, NC  28272-1083
4939033        EDI: CHASE.COM Jul 19 2018 03:03:00      Chase Cardmember Services,   PO Box 94014,
                 Palatine, IL  60094-4014
4939034        EDI: CITICORP.COM Jul 19 2018 03:03:00      Citi Bank,   PO Box 6077,
                 Sioux Falls, SD  57117-6077
4939036        EDI: ECMC.COM Jul 19 2018 02:58:00      Educational Credit Management,   PO Box 16408,
                 Saint Paul, MN  55116-0408
4939037        E-mail/Text: bankruptcynotification@wecontrolpain.com Jul 18 2018 23:00:38
                 Electrostim Med Services, Inc.,   3504 Cragmont Dr Ste 100,   Tampa, FL  33619-8300
4939043        EDI: Q3G.COM Jul 19 2018 03:03:00      MOMA Funding,   PO Box 788,   Kirkland, WA  98083-0788
4939042        EDI: MID8.COM Jul 19 2018 03:03:00      Midland Funding, llc,   PO Box 2011,
                 Warren, MI  48090-2011
4939046        EDI: PRA.COM Jul 19 2018 02:58:00      Portfolio Recovery Associates,   PO Box 41067,
                 Norfolk, VA  23541-1067
4939049        EDI: RESURGENT.COM Jul 19 2018 03:03:00      Resurgent Capital Funding,   PO Box 10587,
                 Greenville, SC  29603-0587
4939050        EDI: RESURGENT.COM Jul 19 2018 03:03:00      Resurgent Capital Services,   PO Box 19008,
                 Greenville, SC  29602-9008
4939054        EDI: RMSC.COM Jul 19 2018 03:03:00      Synchrony Bank,   PO Box 960013,
                 Orlando, FL  32896-0013
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0861-5          User: arch                Page 2 of 2              Date Rcvd: Jul 18, 2018
                              Form ID: 309I             Total Noticed: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Joyce Bradley Babin    ecfmail@13ark.com
              Theresa L. Pockrus    on behalf of Joint Debtor Kyra Anne Buschlen theresa@nixonlaw.com,
               kelly@nixonlaw.com;jill@nixonlaw.com;G24796@notify.cincompass.com;amy@nixonlaw.com
              Theresa L. Pockrus    on behalf of Debtor Jason Michael Buschlen theresa@nixonlaw.com,
               kelly@nixonlaw.com;jill@nixonlaw.com;G24796@notify.cincompass.com;amy@nixonlaw.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jason Michael Buschlen**<br>First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–7810** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Kyra Anne Buschlen**<br>First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–1282** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Arkansas** | Date case filed for chapter | **13  7/17/18** |
| Case number: | **5:18–bk–71902** | Judge: | **Ben T Barry** |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                     12/15

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason Michael Buschlen | Kyra Anne Buschlen |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 305 NW Tall Oaks Ave<br>Bentonville, AR 72712–4489 | 305 NW Tall Oaks Ave<br>Bentonville, AR 72712–4489 |
| 4. | **Debtor's attorney**<br>Name and address | Theresa L. Pockrus<br>THE NIXON LAW FIRM<br>4100 Wagon Wheel Road<br>Springdale, AR 72762 | Contact phone (479)582–0020<br><br>Email: theresa@nixonlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joyce Bradley Babin<br>Chapter 13 Standing Trustee<br>P.O. Box 8064<br>Little Rock, AR 72203–8064 | Contact phone (501) 537–2500 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case should be filed in ECF or at one of these addresses.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 W. 2nd Street<br>Little Rock, AR 72201<br>OR<br>35 E. Mountain St. Rm 316<br>Fayetteville, AR 72701 | Hours open 8:00 a.m. – 5:00 p.m.<br>Contact phone: 501–918–5500 or<br>479–582–9800<br>Date: 7/18/18 |

**For more information, see page 2**

Official Form 309I                Notice of Chapter 13 Bankruptcy Case                page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 23, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number required \*\*\*** | **Location:**<br>**U.S. Bankruptcy Courtroom (Room 416), 35 E. Mountain Street, 4th Floor, Room 416, Fayetteville, AR 72701** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/22/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>\*\* Effective December 1, 2017, for holder(s) of a claim secured by a security interest in the debtor's principal residence, please reference Bankruptcy Rule 3002(c)(7) regarding filing deadlines for attachments filed as a supplement to the holder's claim. | **Filing deadline: 9/25/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/14/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim can be filed on–line at www.arb.uscourts.gov or obtained at www.uscourts.gov or any bankruptcy clerk's office and filed at either address listed in #6 above. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. \*\*\*\* |
| | **Deadline to object to exemptions in cases converted to Chapter 7:** | \*\*\*\***Filing deadline:** See Bankruptcy Rule 1019(2)(B). |
| **9. Filing of plan** | A copy of the Chapter 13 Plan may be viewed online at www.pacer.gov or at the bankruptcy clerk's office or you may contact your attorney for additional information. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. Objections to confirmation must be filed with the Court and served on the Trustee and Debtor on or before the fourteenth (14th) day after the meeting of creditors is concluded. If no objection is timely filed, the plan will be confirmed pursuant to Federal Rule of Bankruptcy Procedure 3015. If objections are timely filed, a hearing on confirmation will be set by subsequent notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |
| **14. Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |