Form ncont341

**UNITED STATES BANKRUPTCY COURT**

Western District of Arkansas

In Re: Jason Michael Buschlen and Kyra Anne Buschlen
Debtor

Case No.: 5:18−bk−71902
Chapter: 7
Judge: Ben T Barry
Trustee: Bianca Rucker

NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 3/18/19, 09:00 AM at the following location:

U.S. Bankruptcy Courtroom (Room 416), 35 E. Mountain Street, 4th Floor, Room 416, Fayetteville, AR 72701

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 2/11/19

Jean Rolfs, Clerk